**No. 17-1098**                    **September Term, 2019**

**FERC-CP15-138-000**
**FERC-CP15-138-001**
**FERC-CP15-138-003**
**FERC-CP15-138-004**
**FERC-CP17-212-000**

**Filed On:** December 5, 2019

Allegheny Defense Project, et al.,

        Petitioners

      v.

Federal Energy Regulatory Commission,

        Respondent
------------------------------

Anadarko Energy Services Company, et al.,
        Intervenors
------------------------------

Consolidated with 17-1128, 17-1263, 18-1030

**BEFORE:**    Garland, Chief Judge, and Henderson, Rogers, Tatel, Griffith,
             Srinivasan, Millett, Pillard, Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc filed by Hilltop Hollow Limited Partnership, Hilltop Hollow Limited Partnership, LLC, and Stephen D. Hoffman, the responses thereto, and the vote in favor of the petition by a majority of the judges eligible to participate, it is

**ORDERED** that the petition be granted. These consolidated cases will be reheard by the court sitting en banc. It is

**FURTHER ORDERED** that the court's judgment filed August 2, 2019, be vacated. It is

**FURTHER ORDERED** that the oral argument before the en banc court be heard on Tuesday, March 31, 2020 at 9:30 a.m. It is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 17-1098**                                    **September Term, 2019**

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 30 paper copies of each of the briefs and the appendix, in accordance with the following schedule:

| | |
|---|---|
| Joint brief for petitioners | January 10, 2020 |
| Appendix | January 10, 2020 |
| Brief for respondent | February 10, 2020 |
| Joint brief for intervenors supporting respondent | February 10, 2020 |
| Joint reply brief for petitioners | March 2, 2020 |

The parties are directed to address in their briefs the issues raised in Section II, Part C of the opinion and in the concurring opinion, including whether the Natural Gas Act, and specifically 15 U.S.C. § 717r(a), authorizes the Federal Energy Regulatory Commission to issue tolling orders that extend the statutory 30-day period for Commission action on an application for rehearing.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. *See D.C. Circuit Handbook of Practice and Internal Procedures* 41 (2018); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. *See* Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. *See* D.C. Cir. Rule 28(a)(8).

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. The briefs and appendix must contain the date that the case is scheduled for oral argument at the top of the cover. *See* D.C. Cir. Rule 28(a)(8).

**No. 17-1098**                    **September Term, 2019**

A separate order will issue regarding allocation of oral argument time.


**<u>Per Curiam</u>**

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk